**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DAVID TOM, individually and on behalf of a class of all persons and entities similarly situated,** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 1:26-cv-3055-DAE** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **RIGHT START MORTGAGE INC. d/b/a GFS HOME LOANS,** | § | |
| **Defendant.** | § | |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant GFS Home Loans, Inc. ("GFS"), formerly known as Right Start Mortgage, Inc.,[1] certifies as follows:

1. GFS has no parent company.
2. No publicly held corporation owns 10% or more of GFS.

Date: November 24, 2026

Respectfully submitted,

JACKSON WALKER LLP

/s/ Dawn S. Holiday
DAWN S. HOLIDAY
*Attorney-in-Charge*
Texas Bar No. 24046090
dholiday@jw.com
SHANNON M. WRIGHT
Texas Bar No. 24131783
swright@jw.com
1401 McKinney Street, Suite 1900

[1] GFS is incorrectly named as Right Start Mortgage, Inc. d/b/a GFS Home Loans.

Houston, Texas 77010
Tel.: 713-752-4217
Fax: 713-752-4221

**ATTORNEYS FOR DEFENDANT GFS HOME LOANS, INC. F/K/A RIGHT START MORTGAGE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the above and foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on November 24, 2026, to the following:

Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067

/s/ **Dawn S. Holiday**
DAWN S. HOLIDAY